```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
PAUL PENNOLINO, :
:
                  Plaintiff, :
: 22-cv-5051 (LJL)
    -v- :
: ORDER
:
CENTRAL PRODUCTIONS LLC, :
:
                  Defendant. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      There is a pending motion to dismiss in this case.  *See* Dkt. No. 25.  The Court will hold oral argument on the motion on April 19, 2023, at 11:00 a.m. in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: April 5, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                       United States District Judge